UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY

Plaintiff

vs. CA NO. 06-314

NANCY L. OGLETREE

Defendant

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

The Plaintiff in the above entitled action pursuant to Rule 55(a) of the Federal Rules of Civil Procedure hereby makes application to the Clerk for Entry of Default for the Plaintiff and against the Defendant, Nancy L. Ogletree, for failure of said defendant to plead or otherwise defend.

Said failure of Defendant to plead or otherwise defend is set forth in the Affidavit filed contemporaneously herewith.

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY
By Its Attorney,

September 25, 2006

/s/Charles A. Pisaturo, Jr.
CHARLES A. PISATURO, JR. (REG. NO. 4615)
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, RI 02907
TEL: (401) 274-3800
FAX: (401) 751-5823

clients\pheaa v ogletree\1492 nancy ogletree\pleadings\app to clerk for def 9-21-06.wpd