UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY

Plaintiff

vs. CA NO. 06-314

NANCY L. OGLETREE

Defendant

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

I, Charles A. Pisaturo, Jr., do hereby depose and say under oath that:

1. I am counsel for the plaintiff in the above captioned matter and have personal knowledge of the facts set forth in this Affidavit.

2. I am a member in good standing of the bar of the State of Rhode Island and of the Commonwealth of Massachusetts. I am also a member of the Federal Bar of the State of Rhode Island and am duly admitted to practice law before this Court.

3. The plaintiff herein on the 12TH day of July, 2006, filed in this action a Complaint against the Defendant, Nancy L. Ogletree herein, and was issued a Summons in connection therewith on July 12, 2006.

4. An examination of the Court files and records in this action shows that a copy of the Summons, together with a copy of the Plaintiff's Complaint, was left at the Defendant's dwelling with a person of suitable age and discretion (Barry Ogletree, the Defendant's husband) on July 29, 2006, by personal service.

5. Proof of such service was filed with the Court on August 7, 2006.

6. More than twenty (20) days have elapsed since service of the Summons and Complaint, and no Answer or Motion has been received within the time limit fixed by the Court or by Rule 12(a).

7. To the best of affiant's knowledge, information and belief, the Defendant is not in the military service, as required by 50 U.S.C. app §520, nor is the Defendant herein an infant or incompetent; and,

8. This Affidavit is executed by affiant in accordance with Rule 55(b) (1) of the Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiff herein to obtain an Entry of Default Judgment against Defendant, Nancy L. Ogletree for failure to plead or otherwise defend as to Plaintiff's Complaint.

September 25, 2006

/s/Charles A. Pisaturo, Jr.
CHARLES A. PISATURO, JR. (REG. NO. 4615)
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, RI 02907
TEL: (401) 274-3800
FAX: (401) 751-5823

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to at PROVIDENCE this 25TH day of September, 2006 before me.

/s/Patrice A. Moone
NOTARY PUBLIC
Printed Name: Patrice A. Moone
My commission expires: May 17, 2010

c:\clients\pheaa v ogletree\1492 nancy ogletree\aff in sup of app for def judmt 9-21-06.wpd