7006 0810 0004 2284 1313

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .63 | Postmark Here |
| Certified Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | 1.85 | 11/10/06 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.88 | |

Sent To Nancy L. Ogletree
Street, Apt. No.; or PO Box No. 8 Gardencourt Drive
City, State, ZIP+4 Narragansett, RI 02882

PS Form 3800, June 2002 See Reverse for Instructions

LAW OFFICES OF
CHARLES A. PISATURO, JR.
1055 ELMWOOD AVENUE
PROVIDENCE, RHODE ISLAND 02907
TELEPHONE (401) 274-3800
FACSIMILE (401) 751-6786
E-MAIL: cpisaturo@earthlink.net

CHARLES A. PISATURO, JR.*

*Also admitted in MA

November 10, 2006

SENT BY: FIRST-CLASS MAIL & CERTIFIED MAIL (RRR)
Nancy L. Ogletree
8 Gardencourt Drive
Narragansett, RI 02882

RE: PHEAA
Pennsylvania Higher Education Assistance Agency
vs.
Nancy L. Ogletree
Our File No. 1492

Dear Ms. Ogletree:

Enclosed is a copy of an Application for Entry of Default Judgment and an Affidavit in Support thereof, which I filed in the United States District Court for the District of Rhode Island in connection with your failure to answer the above referenced complaint.

Very truly yours,

CHARLES A. PISATURO, JR.

CAP/pam
cc: PHEAA
Enclosure

c:\clients\pheaa v ogletree\1492 nancy ogletree\ogletree ltr 11-8-06.wpd