UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY

Plaintiff

vs. CA NO. 06-314

NANCY L. OGLETREE

Defendant

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

In accordance with Fed. R. Civ. P. 55(b)(1), Plaintiff hereby moves for the Entry of a Default Judgment against Defendant, Nancy L. Ogletree for failure to plead or otherwise defend. In support thereof, Plaintiff(s) avers:

1. The Complaint brought against Defendant, Nancy L. Ogletree in this action was filed on July 12, 2006.

2. On that date, the Clerk of this Court issued a Summons which required the Defendant to serve an Answer or other responsive pleading within twenty (20) days of the date of issuance of the Summons by the Clerk.

3. The Summons was served upon the Defendant on July 29, 2006. As of the present date, no Answer or Motion has been filed by the Defendant.

4. Default entered on December 4, 2006.

5. Rule 55 (b) (1) of the Federal Rules of Civil Procedure authorizes the Entry of a Default Judgment by the Clerk of the Court against a party for failure to answer or otherwise plead to a

In Re: Pennsylvania Higher Education Assistance Agency v.
Nancy L. Ogletree 06-314

Complaint.

6. Since no Answer has been filed, and Default has been entered against the Defendant, Plaintiff requests that the Clerk enter Default Judgment in its favor for the relief demanded in the Complaint.

7. Attached hereto in support hereof is the Affidavit of Charles A. Pisaturo, Jr., Plaintiff's counsel.

8. Attached hereto in support hereof and in support of the amount due to the Plaintiff is an Affidavit of Indebtedness of Patricia Walton, Administrative Officer of Guarantor Insurer Relations Division of American Education Services, a division of the Pennsylvania Higher Education Assistance Agency.

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY
By Its Attorney,

April 2, 2007

/s/ Charles A. Pisaturo, Jr.
CHARLES A. PISATURO, JR. (REG. NO. 4615)
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, RI 02907
TEL: (401) 274-3800
FAX: (401) 751-5823

**CERTIFICATE OF SERVICE**

In Re: Pennsylvania Higher Education Assistance Agency v.
Nancy L. Ogletree 06-314

Nancy L. Ogletree
8 Gardencourt Drive
Narrgansett, RI 02882

I hereby certify that on the 2[ND] day of April, 2007, I served by first-class mail, postage pre-paid and by certified mail (return receipt requested), a true copy of the Application for Default Judgment and Affidavit in Support of Application for Entry of Default Judgment to the above named. I am also certifying that the address for the Defendant, Nancy Ogletree is the last known address of the Defendant. Attached is a copy of the return receipt.

/s/Patrice A. Moone
Patrice A. Moone

c:\clients\pheaa v ogletree\1492 nancy ogletree\mot for ent of def judmt 4-2-07.wpd