UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY

Plaintiff

vs. CA NO. 06-314

NANCY L. OGLETREE

Defendant

**AFFIDAVIT OF CHARLES A. PISATURO, JR.**
**IN SUPPORT OF ATTORNEYS FEES**

I, Charles A. Pisaturo, Jr., do hereby depose and say under oath that:

1. I am counsel for the plaintiff in the above captioned matter and have personal knowledge of the facts set forth in this Affidavit.

2. I am a member in good standing of the bar of the State of Rhode Island and of the Commonwealth of Massachusetts. I am also a member in good standing of the Federal Bar in the State of Rhode Island and am duly admitted to practice before this Court.

3. I was admitted to practice law in the State of Rhode Island in October 1991 and before this Court in January 1992.

4. I have experience in legal matters related to insolvency and the collection of debts, and prosecuting promissory note actions and the like. I am a member of the panel of chapter 7 bankruptcy trustees in the State of Rhode Island.

5. I have represented this plaintiff before in other legal matters regarding the collection of

student loans. I am familiar with the rates and/or fees charged for legal services in this jurisdiction and in this particular case.

6. My hourly rate for this representing the plaintiff in this case is Two Hundred Fifty Dollars ($250.00), which I believe to be reasonable and common in this jurisdiction for the type of proceeding and for the experience of the attorney performing the work.

7. Through March 20, 2007, I have, in fact performed 2.9 hours of work in this case, including preparation of the Complaint, reviewing the Court's file, preparation of the Morion for Default, Affidavit in support thereof, Motion for Default Judgment and Affidavits in support thereof, correspondence and telephone conferences with the client and with a constable, etc. Attached hereto is a statement of services rendered. The total amount of attorneys fees being requested herein is $725.00 and costs totaling $390.00. The expenses consist of a filing fee of $350.00 and a constable service fee of $40.00.

8. I believe that I am entitled to the attorneys fees being requested herein and the fees and costs awarded will not be shared with any other person.

April 2, 2007

/s/ Charles A. Pisaturo, Jr.

CHARLES A. PISATURO, JR. (REG. NO. 4615)
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, RI 02907
TEL: (401) 274-3800
FAX: (401) 751-5823

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to at PROVIDENCE this 2ND day of April, 2007 before me.

/s/Patrice A. Moone

NOTARY PUBLIC
Printed Name: Patrice A. Moone
My commission expires: May 17, 2010

c:\clients\pheaa v ogletree\1492 nancy ogletree\aff in supt of atty fees 9-12-06.wpd