UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY,
Plaintiff,

vs. CA NO. 06-314

NANCY L. OGLETREE,
Defendant,

---

**AFFIDAVIT OF INDEBTEDNESS**

STATE OF PENNSYLVANIA )

COUNTY OF DAUPHIN )

BEFORE ME, the undersigned authority, duly authorized to administer oaths and take acknowledgments, personally appeared PATRICIA WALTON, who, after being first duly sworn, deposes and says:

1. I am the Administrative Officer of the Guarantor Insurer Relations Division of American Education Services (AES), a division of the Pennsylvania Higher Education Assistance Agency. This affidavit is upon personal knowledge. I am over the age of eighteen (18) years old.

2. Pennsylvania Higher Education Assistance Agency ("PHEAA") is the servicer of a student loan made to Nancy L. Ogletree ("Ogletree").

3. On October 31, 1995, Ogletree executed a Federal HEAL Consolidation Loan Promissory Note agreeing to pay PHEAA for monies loaned to Ogletree as a student loan; a copy of said Note is attached as Exhibit "A".

4. The total principal due under said Note is now the sum of $19,020.94.

5. Ogletree breached the Note by the failure to make all payments due on the Note.

6. Ogletree owes PHEAA the principal sum of $19,020.94, plus interest in the amount of $706.70 through March 22, 2007, for a total of $19,727.64, plus interest thereafter at 7.125% per annum, or the per diem amount of $3.71, plus attorneys' fees as provided for in the Note and by law, plus post judgment interest at the applicable federal statutory judgment rate, and for any and all such further relief as is just and proper.

7. To the best of my knowledge and belief, Ogletree has no set-offs, defenses or counterclaims.

FURTHER AFFIANT SAYETH NAUGHT.

Patricia Walton
PATRICIA WALTON

STATE OF PENNSYLVANIA

COUNTY OF DAUPHIN

The foregoing instrument was sworn to and subscribed before me this 21 day of March, 2007, by PATRICIA WALTON, who is personally known to me and who did take an oath.

Karen L. Stefanic
Name: Karen L. Stefanic
Notary Public, Commonwealth of Pennsylvania
My commission expires:________

(SEAL)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAREN L. STEFANIC, Notary Public
City of Harrisburg Dauphin County
My Commission Expires Sept. 13, 2009