UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY

Plaintiff

vs. CA NO. 06-314

NANCY L. OGLETREE

Defendant

**CERTIFICATE OF SERVICE**

Nancy L. Ogletree
8 Gardencourt Drive
Narrgansett, RI 02882

I hereby certify that on the 2ND day of April, 2007, I served by first-class mail, postage pre-paid and by certified mail (return receipt requested), a true copy of the Application for Default Judgment and Affidavit in Support of Application for Entry of Default Judgment to the above named. I am also certifying that the address for the Defendant, Nancy Ogletree is the last known address of the Defendant. Attached is a copy of the return receipt.

/s/Patrice A. Moone
Patrice A. Moone

c:\clients\pheaa v ogletree\1492 nancy ogletree\cert of serv 11-7-06.wpd