UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
2007
Property ... District of Rhode Island

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY

Plaintiff

vs. CA NO. 06-314

NANCY L. OGLETREE

Defendant

**JUDGMENT BY DEFAULT**

Default was entered against Defendant, Nancy L. Ogletree on December 4, 2006 . Therefore, on motion of the Plaintiff, JUDGMENT IS ENTERED against the DEFENDANT, NANCY L. OGLETREE in favor of the PLAINTIFF, PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY in accordance with Rule 55(b) of the Federal Rules of Civil Procedure as follows:

Judgment is hereby ENTERED in the amount of $19,020.94 ; plus pre-judgment interest through March 22, 2007 in the amount of $706.70 for a total of $19,727.64; plus additional pre-judgment interest of 7.15% per annum or $3.71 per diem from March 23, 2007 through the date judgment enters; plus post judgment interest at the applicable federal statutory judgment rate from the date judgment enters until paid in full; plus attorneys fees in the amount of $725.00 ; plus costs in the amount of $390.00.

5/29/07
Date

Ernest C. Torres
UNITED STATES DISTRICT COURT JUDGE

c:\clients\pheaa v ogletree\1492 nancy ogletree\judmt by def 5-9-07.wpd