FILED
SEP 4 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY

Plaintiff

vs. CA NO. 06-314

NANCY L. OGLETREE

Defendant

# ASSIGNMENT OF JUDGMENT

I, Patricia Walton, representing the Pennsylvania Higher Education Assistance Agency, on behalf of Citibank N.A., as trustee for Student Loan Corporation, in consideration of the funds paid by the United States of America, hereby assign to the assignee, the judgment recovered on May 29, 2007, docketed in the United States District Court for the District of Rhode Island, Case No. 06-314, against **NANCY L. OGLETREE.**

Assignor authorizes the United States of America to ask, demand, receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of American from enforcing this judgment.

The Assignor's address is: Pennsylvania Higher Education Assistance Agency (PHEAA), 1200 North Seventh Street, Harrisburg, PA 17102-1444, 1-800-233-0557.

The Assignee's address is: United States of America, United States Department of Health and Human Services, Debt Management Branch, 5600 Fishers Lane, Room 8B-45, Rockville, MD, 20857, 301-443-1782.

I have executed this assignment at PHEAA, on June 22, 2007.

Patricia Walton
Patricia Walton
Guarantor Insurer Relations, PHEAA

**Assignee:**
U. S. Department of Health and Human Services
HEAL Branch
5600 Fishers Lane
Rockville, Maryland 20857

SWORN AND SUBSCRIBED before me this 29th day of August, 2007 by Patricia Walton, as Administrative Officer and Authorized Signatory for the Guarantor Insurer Relations Division of AES a division of the PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, on behalf of the agency, who is personally known to me.

Audrey E. Trussell
Notary Public
My commission expires: Sept 30, 2009

Commonwealth of Pennsylvania
NOTARIAL SEAL
AUDREY E. TRUSSELL, Notary Public
Lower Allen Twp., Cumberland County
My Commission Expires Sept. 30, 2009